RECEIVED

NOV 22 2011

TONY R. MOORE, CLERK
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| JAMIE JOHNSON | * | CIVIL ACTION NO. 3:11-cv-0302 |
| VERSUS | * | JUDGE DONALD E. WALTER |
| TIMOTHY WILKINSON, WARDEN | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254 (Docs. # 1, 3) is hereby **DENIED and DISMISSED with prejudice** as time-barred by the provisions of 28 U.S.C. § 2244(d).

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

THUS DONE AND SIGNED this 21 day of November, 2011, in Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE